# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00319-CV

**Larry Miller Roofing, Inc. and Larry Miller Roofing, Appellants**

**v.**

**Travelers Property Casualty Company of America, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-08-001538, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Larry Miller Roofing, Inc. and Larry Miller Roofing have filed their Unopposed Motion to Dismiss Appeal, announcing that the parties to this appeal have reached a settlement.  We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellants' Motion

Filed:   December 4, 2009